## RILEY v. STRATTON AND REPPLIER.

### November 26, 1836.

*Motion to set aside the reference and restore case to trial list.*

A motion to set aside a reference during its pendency and before report, on the ground that one of the referees had been offered by the plaintiff as a witness, and that it might become necessary to rebut his testimony, was refused. Such matter is examinable only after report made on exceptions.

THIS action had been referred, under the act of 1705, to three referees, and the case was still before them, when *Jack*, for the defendants, moved the court to set aside the reference and restore the case to the trial list, upon the grounds disclosed in the affidavit of Repplier, one of the defendants, which he submitted to the court: stating in substance, that while the case was before the referees, the plaintiff offered one of them as a witness to prove certain matters in relation to the merits. The referees had not reported.

PER CURIAM.—Whatever may be the merits of this application, any action upon the subject by the court at this time would be

[Riley v. Stratton and Repplier.]

premature.   When the report of the referees is made, and exceptions are filed, will be the proper time for an examination of the subject matter of complaint now alleged.   We therefore refuse the motion.

Motion refused.